FILED

2026 Jun-15  PM 02:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

**LEON LAMAR MCGHEE,**
    Plaintiff,

**v.**

**CHOLLEE J. JACKSON,**
    Defendant.

**Case No. 4:25-cv-680-CLM-NAD**

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending that the court dismiss this case under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. (Doc. 12). The magistrate judge advised the plaintiff of his right to file specific written objections within 14 days (*id.*, pp. 12–13) but no objections have been received by the court and the time for filing them has expired.

Having reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will **DISMISS** this case **WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted.

The court will enter a separate final judgment that carries out this ruling.

**DONE** and **ORDERED** on June 15, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE